IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**MARCUS JONES**,<br><br>Defendant | NO. 5: 02-MJ-10-15 (CWH)<br><br>**VIOLATION: POSSESSION OF MARIJUANA** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION TO DISMISS** filed herein by counsel for the United States (Tab #4) and for cause shown, said motion is GRANTED. This proceeding against defendant MARCUS JONES is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 20th day of SEPTEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE